Roberta L. Steele, Regional Attorney
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

John F. Stanley, Supervisory Trial Attorney
Carmen Flores, Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
TEL: (206) 220-6853
Carmen.Flores@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>STEMILT GROWERS, LLC, and STEMILT AG SERVICES, LLC,<br><br>Defendants. | CIVIL ACTION NO.  CV-<br><br>COMPLAINT |

COMPLAINT- Page 1 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Charging Party Heidi Corona ("Corona"). The Equal Employment Opportunity Commission alleges that Defendant Stemilt Growers, LLC, and its wholly owned subsidiary, Stemilt Ag Services, LLC (collectively "Defendants") subjected Corona to a hostile work environment because of sex and retaliated against Corona because of her protected activity.  Plaintiff seeks injunctive relief and monetary relief on behalf of Corona, including pecuniary damages, nonpecuniary compensatory damages, punitive damages, back pay, and prejudgment interest.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Washington.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.      At all relevant times, Defendant Stemilt Growers, LLC (Defendant SG) has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5.      At all relevant times, Defendant Stemilt Ag Services, LLC (Defendant SAS) has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

6.      On information and belief, the two Defendants named in this action have operated as an integrated business enterprise, and each Defendant has had at least fifteen (15) employees on a continual basis.

COMPLAINT- Page 3 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

7. Facts establishing the existence of an integrated business enterprise include, but are not limited to, the following:

a. Defendant SAS is a wholly owned subsidiary of Defendant SG;

b. Defendants share a common mailing address, P.O. Box 1688 Wenatchee, WA 98807-1688;

c. Defendants' operations are interrelated as Defendant SG is a governing agent for Defendant SAS and on information and belief share employees;

d. On information and belief, Defendant SAS was created by Defendant SG to operate and manage its orchards in eastern Washington;

e. On information and belief, Defendants have common financial control;

f. On information and belief, Defendants shared common management; and

g. Centralized control of labor for Defendants rests with Defendant SG.

8. At all relevant times, each Defendant named in this action has continuously been an employer engaged in an industry affecting commerce

COMPLAINT- Page 4 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

individually or, alternatively, as an integrated enterprise, within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

9. More than thirty (30) days prior to the institution of this lawsuit, Charging Party Corona filed Charge No. 551-2015-00195 with the EEOC alleging violations of Title VII by Defendants.

10. On September 18, 2016, the Commission issued to Defendants a Letter of Determination as to the above charge finding reasonable cause to believe Title VII was violated and inviting Defendants to join with the Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and to provide appropriate relief.

11. The Commission engaged in communications with Defendants to provide Defendants the opportunity to remedy the discriminatory practices described in the letter of determination.

12. The Commission was unable to secure from Defendants a conciliation agreement acceptable to the Commission.

/ / /

/ / /

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

13. On December 28, 2016, the Commission issued to Defendants a Notice of Failure of Conciliation advising that the Commission was unable to secure from Defendants a conciliation agreement acceptable to the Commission.

14. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

15. From at least October 2014 until March 2015, Defendants engaged in unlawful employment practices at its facilities in Wenatchee, Washington in violation of § 703(a) and §704(a) of Title VII, 42 U.S.C. § 2000e-2(a) and § 2000e-3(a). Defendants engaged in these unlawful practices by subjecting Corona to a hostile work environment based on sex, and to retaliation because of her protected activity.

16. The practices complained of in paragraph 15 were carried out by Corona's direct supervisor, Defendants' Tractor Crew Supervisor, and by Defendants Managers, including their Regional Manager and Human Resources Manager.

17. Defendants employed Corona as a tractor driver beginning on or about April 15, 2013 at its Quincy facility. On or about October 9, 2014, Corona was transferred to Defendants' Wenatchee facility. During the end of October 2014

COMPLAINT- Page 6 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

through early March 2015, Defendants assigned Corona to work as a Sorter at its warehouse.

18.    On or about October 11, 2014, approximately two days after Corona started working under the direct supervision of the Tractor Crew Supervisor at Wenatchee, the Tractor Crew Supervisor subjected Corona to offensive and unwelcome conduct including: directing Corona to get in his truck and driving her to remote, isolated areas of the orchard, including an area where the Tractor Crew Supervisor told her people have sex; making comments about being a man with sexual needs; propositioning Corona for sex; offering Corona money in exchange for sex; attempting to kiss Corona; describing how he would lick and suck a woman; and telling Corona that he was wet. Corona rebuffed the Tractor Crew Supervisor's advances. Afterwards, the Tractor Crew Supervisor assigned Corona to less desirable tasks unrelated to her duties as a tractor driver, such as picking up trash, and excluding her from the morning meetings with the other tractor drivers.

19.     Corona complained to Defendants' Human Resources Manager and Regional Manager about their Tractor Crew Supervisor's offensive and unwelcome sexual conduct toward her.

20.    In response to Corona's complaint, Defendants accused Corona of sexually harassing the Tractor Crew Supervisor; required Corona to describe the

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

sexual harassment with the Tractor Crew Supervisor present; and reassigned Corona from her position as a Tractor Driver to work at their warehouse as a Sorter with a lower rate of pay.

21. The effect of the practices complained of in paragraphs 15-20 above has been to deprive Corona of equal employment opportunities and otherwise adversely affected her status as an employee.

22. The unlawful employment practices complained of in paragraphs 15-20 above were intentional.

23. The unlawful employment practices complained of in paragraphs 15-20 above were done with malice or with reckless indifference to the federally protected rights of Corona.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate.

B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

C. Order Defendants to make Corona whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of Defendants' unlawful employment practices described in paragraphs 15-20 above in amounts to be determined at trial.

D. Order Defendants to make whole Corona by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 15-20 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E. Order Defendants to make whole Corona by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 15-20 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendants to pay Corona punitive damages for its malicious and reckless conduct described in paragraphs 15-20 above, in amounts to be determined at trial.

/ / /

/ / /

/ / /

**COMPLAINT-** Page 9 of 10

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

DATED this 12th day of June, 2017.

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | JAMES L. LEE<br>Acting General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | |

BY:  s/ *Roberta L. Steele*
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

| | |
|---|---|
| Seattle Field Office | Office of the General Counsel |
| 909 First Avenue, Suite 400 | 131 M Street N.E., 5th Floor |
| Seattle, Washington 98104 | Washington, D.C. 20507 |
| Telephone (206) 220-6853 | |

Attorneys for Plaintiff

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882