UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISION,<br><br>                Plaintiff,<br><br>HEIDI CORONA ARIZAGA,<br><br>                Plaintiff-Intervenor,<br><br>   v.<br><br>STEMILT GROWERS, LLC, and STEMILT AG SERVICES, LLC,<br><br>                Defendants. | NO. 2:17-CV-0210-TOR<br><br>ORDER APPROVING PROPOSED CONSENT DECREE; GRANTING STIPULATION OF DISMISSAL |

BEFORE THE COURT are the parties' Stipulated Motion to Dismiss and Consent Decree (ECF No. 22) and Plaintiff-Intervenor Heidi Corona Arizaga's Stipulation of Dismissal (ECF No. 23). These matters were submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

ORDER APPROVING PROPOSED CONSENT DECREE;
GRANTING STIPULATION OF DISMISSAL ~ 1

The parties submitted a Stipulated Motion to Dismiss and Proposed Consent Decree on March 5, 2018, and a Stipulation of Dismissal indicating the consent of Plaintiff-Intervenor Heidi Corona Arizaga, on March 6, 2016, outlining the responsibilities and rights of the parties going forward, ECF No. 22 at ¶¶ 9-29, and requesting the Court dismiss the action with prejudice, ECF No. 23 at 1-2. Generally, the parties propose a settlement whereby Defendant must (1) pay a certain sum to Plaintiff-Intervenor Heidi Corona Arizaga and the Northwest Justice Project and (2) implement policies and procedures to help prevent – and provide a complaint procedure for those who suffer – harassment, discrimination, and retaliation.

Pursuant to the parties' stipulation, the Court APPROVES – and hereby incorporates the terms of – the Proposed Consent Decree (ECF No. 22) and GRANTS the parties' Stipulation of Dismissal (ECF No. 23).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties Proposed Consent Decree (ECF No. 22) is **APPROVED** and **ACCEPTED** by the Court.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties' Stipulation of Dismissal (ECF No. 23) is **GRANTED**. This matter is dismissed with prejudice.

3. This Court retains jurisdiction to enforce the Consent Decree. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381–82 (1994).

The District Court Executive is directed to enter this Order, provide copies to the parties, and close the file (subject to reopening for enforcement of the Consent Decree).

**DATED** April 3, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER APPROVING PROPOSED CONSENT DECREE;
GRANTING STIPULATION OF DISMISSAL ~ 3